DUMONT and others *vs.* NICHOLSON and others.

It is irregular to insert fractions of a cent in a master's report.

THIS was a motion for a decree, in a mortgage case, upon a master's report showing that the sum of $190,22\frac{1}{3}$ was due to the complainant.

*J. Rhoades,* for complainants.

The CHANCELLOR said that the statute required all computations to be in dollars and cents; and that it was therefore

irregular to insert fractions of a cent in a master's report. And he directed the $\frac{1}{3}$d of a cent to be stricken out, and that the decree be entered for the balance only, in dollars and cents.